ALFRED L. RUST, d. b., *vs.* JOSEPH K. FRAME, p. b.

*Certiorari—Return of. Writ—Place of Return ; Description of ; Accuracy required.*

Where the record showed the place of return of writ as before the Justice at his office at home, *held* not a sufficient description of the place of return.

(*April 7, 1904.*)

LORE, C. J., and SPRUANCE and BOYCE, J. J., sitting.

*Charles W. Cullen* for plaintiff in error.

*John M. Richardson* for defendant in error.

Superior Court, Sussex County, April Term, 1904.

CERTIORARI to William H. Betts, a Justice of the Peace in and for Sussex County (No. 21 April Term, 1904).

The record showed the place of return of the warrant as "before William H. Betts, one of the Justices of the Peace for the county aforesaid, at his office at home," etc.

Among the exceptions filed to the record was the following "That the place of return of said writ is not sufficiently stated."

*Coulter vs. Layton, 1 Harr., 394.*

LORE, C. J. :—We do not think the place is specified in the record with sufficient accuracy under the statute.

Let the judgment below be reversed.